# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

JOSHUA ROSS-DAVIS,

       Plaintiff,

v.

CITY OF VINITA PARK, *et al.*,

       Defendants.

Cause No. 4:25-cv-00689

## UNOPPOSED MOTION TO EXTEND UNITED STATES MAGISTRATE JUDGE CONSENT DEADLINE

Plaintiff Joshua Ross-Davis, by and through his undersigned counsel, and without opposition, moves the Court to extend the deadline by which the parties must consent to the jurisdiction of the United States Magistrate Judge to October 17, 2025, and reset the conference currently set for October 10, 2025, for a date after October 17, 2025. In support of his Motion, Plaintiff states as follows:

1.    The Court ordered the parties to provide consent to United States Magistrate Judge jurisdiction by October 3, 2025, and to appear for a scheduling conference on October 10, 2025. (Doc. 29).

2.    Plaintiff and Defendants City of Vinita Park and John Buchanan have provided their consent to United States Magistrate Judge jurisdiction, but, as far as the other parties are aware, Defendant Marcellis Blackwell, who

is not represented by counsel in this matter, has not.

3.    Plaintiff's counsel has contacted a potential insurer for Defendant Blackwell, has asked whether a defense will be provided, and is awaiting a response.

4.    Plaintiff makes this motion in good faith and without unjust cause.

WHEREFORE, Plaintiff moves the Court to extend the deadline by which the parties must consent to the jurisdiction of the United States Magistrate Judge to October 17, 2025, and, as a result, reset the scheduling conference scheduled for October 10, 2025, to a date after October 17, 2025.

Respectfully submitted,

**MO RIGHTS**

/s/ *Elad Gross*                          /s/ *Anat Gross*
Elad Gross #67125MO          Anat Gross #74053MO
Attorney at Law                      Attorney at Law
PO Box 21621                        PO Box 21621
St. Louis, MO 63109             St. Louis, MO 63109
Phone:  (314) 252-8069      Phone:  (314) 252-8085
Email: Elad@MORights.com      Email: Anat@MORights.com


**MANDEL, MANDEL, MARSH, SUDEKUM, & SANGER**

BY: /S/ PATRICK A. HAMACHER
PATRICK A. HAMACHER, #60210
1010 MARKET STREET, SUITE 850
SAINT LOUIS, MO 63101
(314) 621-1701 (TELEPHONE)
(314) 621-4800 (FACSIMILE)
PATRICK@MANDELMANDEL.COM

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of October 2025, the foregoing was filed electronically with the Clerk of the Court to be served upon all parties by operation of the Court's electronic filing system.


*/s/ Elad Gross*
Elad Gross
Attorney at Law