# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROSS-DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF VINITA PARK, CHIEF JOHN ) | Case No. 4:25-CV-00689-SPM |
| BUCHANAN, UNKNOWN SUPERVISOR, ) | |
| UNKNOWN INTAKE MANAGER, ) | |
| UNKNOWN RESPONDING OFFICER, and ) | |
| MARCELLIS BLACKWELL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on its own motion. Defendant Marcellis Blackwell was served on June 14, 2025. (ECF No. 6). This party has not appeared in this action nor consented to the jurisdiction of a Magistrate Judge. Therefore, the undersigned does not have the parties' consent to preside over this case, and the Clerk of the Court shall draw the name of a District Judge for reassignment of this case.

**IT IS HEREBY ORDERED** that the Clerk of Court shall randomly reassign this case to a District Judge.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of October, 2025.